1
2
3
4
5
6
7

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

8  JOSE ANTONIO ROBLES,                        )
                                                )
9              Plaintiff,                        )    Case No.  2:12-cv-01226-JCM-GWF
                                                )
10  vs.                                          )    **ORDER**
                                                )
11  YOUNG AMERICA INSURANCE COMPANY,             )
                                                )
12             Defendant.                        )
   ──────────────────────────────────────────  )

13

14        This matter is before the Court on the parties' failure to file a Joint Status Report.  The

15  Minutes of the Court dated July 11, 2012, required the parties to file a Joint Status Report regarding

16  removed action no later than August 13, 2012.  To date the parties have not complied.

17  Accordingly,

18        **IT IS ORDERED** counsel for the parties shall file a Joint Status Report no later than

19  **September 4, 2012,** which must:

20        1.    Set forth the status of this action, including a list of any pending motions and/or

21              other matters which require the attention of this court.

22        2.    Include a statement by counsel of action required to be taken by this court.

23        3.    Include as attachments copies of any pending motions, responses and replies thereto

24              and/or any other matters requiring the court's attention not previously attached to the

25              notice of removal.

26  . . .

27  . . .

28  . . .

1    Failure to comply may result in the issuance of an order to show cause why sanctions should not be

2    imposed.

3          DATED this 22nd day of August, 2012.

4

5    _____
     GEORGE FOLEY, JR.

6    United States Magistrate Judge

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28